COMMONWEALTH of Pennsylvania, Respondent

v.

**Marquis Lee RAYNER, Petitioner**

**No. 24 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

**FIREARM OWNERS AGAINST CRIME, Kim Stolfer and Joseph Abramson, Respondents**

v.

**LOWER MERION TOWNSHIP, Petitioner**

**No. 36 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

The Application of the City of Philadelphia to File Brief Amicus Curiae in Support of Petition for Allowance of Appeal is **GRANTED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin WILLIAMS, Petitioner**

**No. 68 MAL 2017**

Supreme Court of Pennsylvania.

July 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.